UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITNEY BROWN ) | |
| #42655-080 ) | |
| F.C.I.- BASTROP ) | |
| P.O. Box 1010 ) | |
| Bastrop, TX ) | |
| ) | |
|     **Plaintiff** ) | |
| v. ) | Civil Action No. 06-1606 (GK) |
| ) | |
| BUREAU OF PRISONS ) | |
| 320 First Street, N.W. ) | |
| Washington, D.C. 20534 ) | |
| ) | |
|     **Defendant.** ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2006, I caused the foregoing Notice of Appearance to be served on the *Pro Se* Plaintiff addressed as follows:

**WHITNEY BROWN**
#42655-080
F.C.I. - BASTROP
P.O. Box 1010
Bastrop, TX 78602

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739