UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITNEY BROWN )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>BUREAU OF PRISONS )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06-1606 (GK) |

DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT,
AND MEMORANDUM IN SUPPORT THEREOF

The Defendant in the above-captioned case hereby respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to respond to the Complaint in this action, from November 27, 2006, up to and including December 1, 2006. This response may be in the form of a dispositive motion. Counsel for the Defendant has not conferred with Plaintiff, *Pro se*, about this non-dispositive motion because of the logistical difficulties and security impediments associated with his imprisonment.[1]

Several reasons necessitate this request for an extension of time. First, Counsel for the Defendant must file a reply memorandum in Kriesch v. Johanns, C.A. 05-2402 (RMC) on November 21, 2006. Second, Counsel for Defendant must participate in a discovery Motions hearings in the class action suit of Hubbard v. Potter, C.A. 03-1062 (RJL) (JMF) on November 30, 2006. Third,

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing **counsel**." It does not command "counsel" to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any **non-prisoner** *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Counsel must submit Appellee's brief in the case of <u>Sherer v. United States of America</u>, Appeal No. 05-5397, on or before December 7, 2006.  These and other demands necessitate this requested extension.

WHEREFORE, Defendant submits that this motion for an extension of time within which to respond to the Complaint in this action, up to and including December 1, 2006, should be granted.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY
                              D.C. BAR NUMBER 498-610

By: _____/s/_____
       OLIVER W. MCDANIEL, D.C. Bar No. 377-360
       Assistant United States Attorney
       Civil Division
       555 4th Street, N.W.
       Washington, D.C.  20530
       (202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of November, 2006, I caused the foregoing Motion for Enlargement, Memorandum in Support Thereof and proposed order, to be served on Plaintiff , *Pro se*, by first-class mail, postage prepaid, addressed as follows:

WHITNEY BROWN
#42655-080
F.C.I. - BASTROP
P.O. Box 1010
Bastrop, TX 78602

/s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739