UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITNEY BROWN )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>BUREAU OF PRISONS )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 06-1606 (GK) |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time Within Which to Respond to Plaintiff's Complaint, Memorandum of Points and Authorities in Support Thereof, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time be GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including December 1, 2006, to answer or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____ , 2006.

_____
United States District Judge

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Whitney Brown
#42655-080
F.C.I. - BASTROP
P.O. Box 1010
Bastrop, TX 78602