UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITNEY BROWN )<br> )<br>    Plaintiff )<br>  v. )     Civil Action No. 06-1606 (GK)<br> )<br>BUREAU OF PRISONS )<br> )<br>    Defendant. )<br>_____ ) | |

### DEFENDANT'S MOTION FOR A SECOND ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT, AND MEMORANDUM IN SUPPORT THEREOF

The Defendant in the above-captioned case hereby respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a second enlargement of time within which to respond to the Complaint in this action, from December 1, 2006, up to and including December 7, 2006. This response will be in the form of a dispositive motion. Counsel for the Defendant has not conferred with Plaintiff, *Pro se*, about this non-dispositive motion, because he is currently incarcerated.[1]

This second motion for extension of time is necessitated because it has taken Counsel for Defendant much more time than originally anticipated to prepare a brief for filing in the appeal of Sherer v. United States of America, Appeal No. 05-5397. In addition, several other litigation demands have consumed more time than anticipated. Counsel for Defendant spent a considerable

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing **counsel**." It does not command "counsel" to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any **non-prisoner** *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

amount of time preparing for argument of discovery motions in the class action suit of <u>Hubbard v. Potter</u>, C.A. 03-1062 (RJL) (JMF) on November 30, 2006. Counsel has participated in settlement negotiations regarding <u>Getz v. Merrill</u>, C.A. 05-1195 (CKK) and must finalize a settlement agreement in <u>Wilderness Society v. U.S. Department of Interior</u>, C.A. 04-0650 (CKK). Lastly, Counsel for Defendant must also file a response to the Complaint in <u>Powers-Bunce v. District of Columbia, *et al.*</u>, C.A. 06-1586 (RMC). These and other demands necessitate this requested extension.

WHEREFORE, Defendant submits that this motion for an enlargement of time within which to respond to the Complaint in this action up to and including December 7, 2006 should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:      /s/
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of November, 2006, I caused the foregoing Motion for Second Enlargement, Memorandum in Support Thereof and proposed order, to be served on Plaintiff, *Pro se*, by first-class mail, postage prepaid, addressed as follows:

WHITNEY BROWN
#42655-080
F.C.I. - BASTROP
P.O. Box 1010
Bastrop, TX 78602

/s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739