UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITNEY BROWN )<br>)<br>    **Plaintiff** )<br>   v. )<br>)<br>BUREAU OF PRISONS )<br>)<br>    **Defendant.** )<br>_____ ) | Civil Action No. 06-1606 (GK) |

**ORDER**

UPON CONSIDERATION of Defendant's motion to dismiss, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff's suit is hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530


Whitney Brown
#42655-080
F.C.I. - BASTROP
P.O. Box 1010
Bastrop, TX 78602