# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WHITNEY BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:06-01606-GK |
| BUREAU OF PRISONS, | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF STACY RODDY

In accordance with 28 U.S.C. § 1746, I, Stacy Roddy, make the following unsworn declaration, under penalty of perjury, pertinent to the above styled and numbered cause:

I am presently employed by the United States Department of Justice, Federal Bureau of Prisons (BOP) as Case Manager at Austin Unit, Federal Correctional Institution (FCI), Bastrop, Texas. The official duties and responsibilities of my current position include custody of the central file of each inmate assigned to Austin Unit. The plaintiff is assigned to Austin Unit. Each central file, including the one pertaining to the plaintiff, is part of the Bureau of Prisons' central record system, and contains a complete copy of Presentence Investigation (PSI) Report pertaining to the inmate's current conviction, which copy of the PSI Report is received from the sentencing court and maintained in the ordinary course of business in the central record system.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this _16_ day of November, 2006.

_____
Stacy Roddy

1