UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

WHITNEY BROWN §
    PLAINTIFF §

VS. §
                                      CIVIL ACTION NO: 06-1606(GK)
BUREAU OF PRISONS §
    DEFENDANT §

---

REPLY MEMORANDUM TO DEFENDANT'S OPPOSITION
TO PLAINTIFF'S REPLY BRIEF NOT TO DISMISS

---

PLAINTIFF RESPECTFULLY FILES THIS REPLY MEMORANDUM TO DEFENDANT'S REPLY MEMORANDUM.

## GROUND I

IT IS PLAINTIFF'S CONTENTION THAT "ACTUAL PREDJUDICE" RESULTS FROM ILLEGALI.Y USING THE JUVENILE CONVICTION, ADDING TWO POINTS TO PLAINTIFF'S CRIMINAL HISTORY SCORE WHICH U.S.S.G. DOES NOT ALLOW, AND SINCE THE BUREAU OF PRISON'S USES THE P.S.I. INFORMATION TO DENY TRANSFERS TO LOWER SECURITY PRISONS. ON THIS ISSUE PLAINTIFF REQUESTS THIS HONORABLE COURT TO USE IT'S "INHERENT EQUITABLE POWER" TO VOID THE PLAINTIFF'S JUVENILE CONVICTION AS RELIEF, FOR THE PROBATION OFFICE AND BUREAU OF PRISONS FAILURE TO COMPLY WITH THE FEDERAL LAW. USING A JUVENILE CONVICTION. ACTUAL PREJUDICE OCCURRED WHEN PLAINTIFF'S CRIMINAL HISTORY SCORE WAS CALCULATED AT 10 POINTS, CATEGORY V, INSTEAD OF 8 POINTS. THIS JUVENILE CASE SHOULD BE EXPUNGED FROM THE PLAINTIFF'S P.S.I.

WITH ALL DUE RESPECT , IF OLIVER W. MCDANIEL, D.C. BAR NO. 377-360 ASSISTANT UNITED STATES ATTORNEY, WOULD READ PLAINTIFF'S LETTER TO FRANKLIN J. OLVERA SUPERVISING UNITED STATES PROBATION OFFICER, AND HIS REPLY. IT IS CLEAR THAT EVEN IN CATEGORY IV, THE GUIDELINE RANGE IS 324 TO 405 MONTHS, AND AS LONG AS THIS JUVENILE RECORD IS IN PLAINTIFF'S P.S.I. REPORT, THE BUREAU OF PRISON'S WILL USE THIS ISSUE TO DENY PLAINTIFF A TRANSFER TO A LOWER SECURITY PRISON.

## GROUND II.

**PLAINTIFF**, WOULD LIKE TO POINT OUT THAT MRS. STACY RODDY FAILED TO PERFORM HER DUTY AS THE UNIT CASE MANAGER BASED ON PROGRAM STATEMENT 5800.11, WHICH CLEARLY STATES **"THAT IF AN INMATE CHALLENGES INFORMATION IN THE PRESENTENCE INVESTIGATION REPORT (P.S.I.), THEN STAFF SHOULD INFORM THE APPROPRIATE UNITED STATES PROBATION OFFICE (U.S.P.O.) IN WRITING OF THE DISPUTED INFORMATION."** (NOT THE INMATE) AND IF MRS. STACY RODDY, UNIT CASE MANAGER WOULD HAVE WROTE THE PROPER LETTER, THEN THIS MATTER COULD HAVE BEEN HANDLED IN A BETTER MANNER.

THE PRIVACY ACT CREATES A PANOPLY OF DUTIES AND REMEDIES FOR A BROAD RANGE OF SITUATIONS IN WHICH THE GOVERNMENT MIGHT HAVE CAUSED HARM TO AN INDIVIDUAL BY COLLECTING OR DISSEMINATING FALSE OR MISLEADING INFORMATION. THE CENTRAL COMMAND OF THE ACT AT ISSUE HERE REQUIRES AGENCIES TO KEEP ACCURATE RECORDS. SPECIFICALLY IT PROVIDES THAT EACH AGENCY MUST MAINTAIN ALL RECORDS PERTAINING TO ANY INDIVIDUAL WITH SUCH ACCURACY AS IS REASONABLY NECESSARY TO ASSURE FAIRNESS TO THE INDIVIDUAL IN ANY DETERMINATION BASED ON THE RECORD'S. 5 U.S.C. §552.A(E)(5). THE ACT ALSO PROVIDES CIVIL REMEDIES, TWO OF WHICH ARE RELEVANT TO THIS CASE. FIRST, THE ACT PROVIDES FOR REVIEW WHENEVER AN AGENCY DECIDES NOT TO AMEND AN INDIVIDUALS RECORD AS REQUESTED. THE ACT PROVIDES THAT THE REVIEWING COURT SHALL DETERMINE THE MATTER **"DE NOVO"** AND GRANTS THE COURT THE AUTHORITY TO ORDER THE AGENCY TO AMEND ITS RECORDS REGARDING THE PLAINTIFF; SECONDLY THE ACT GRANTS A CAUSE OF ACTION TO AN INDIVIDUAL WHENEVER HE IS HARMED AS A RESULT OF THE AGENCY'S FAILURE TO MAINTAIN IT'S RECORDS WITH THE ACCURACY REQUIRED. THE ACT RENDERS THE GOVERNMENT LIABLE FOR DAMAGES IN SUCH CASES WHEN IT'S FAILURE TO MAINTAIN ACCURATE RECORDS WAS INTENTIONAL.

**WHETHER**, BY THE BUREAU OF PRISONS OR THIS HONORABLE COURT, DELETING THIS JUVENILE INFORMATION FROM MY **P.S.I. REPORT**, WILL NOT CHANGE PLAINTIFF'S SENTENCE. IN RESPONSE TO DEFENDANT'S ARGUMENTS, DEFENDANT NEVER ADDRESSES THE ISSUES AT HAND WHICH ARE BROUGHT BEFORE THIS COURT. IT MAKES NO DIFFERENCE THAT PLAINTIFF IS IN TEXAS, TEXAS IS IN THE UNITED STATES OF AMERICA, WHICH IS WHERE THE BUREAU OF PRISONS IS.

IN LIGHT OF THE FOREGOING AUTHORITIES AND THE FACT THAT COLLATERAL CONSEQUENCES FLOW FROM **(THE PLAINTIFF'S JUVENILE)** CONVICTION AND IS THEREFORE, "IRREBUTTABLE" THIS COURT HAS JURISDICTION TO PROCEED TO THE MERITS OF THE PLAINTIFF'S CLAIMS.

**PLAINTIFF COMES,** BEFORE THIS HONORABLE COURT, AND PRAYS IN THIS PRO/SE MOTION, FOR JUSTICE AND STANDS ON THE ORIGINAL BRIEF AND ISSUES AS BEFORE.

## CONCLUSION

**PALINTIFF'S,** MOTION SHOULD BE GRANTED IN ACCORDANCE AND COMPLIANCE WITH ALL FEDERAL LAWS AND RELIEF THIS COURT DEEMS JUST AND FAIR, AND SHOULD BE GRANTED IN THE INTERESTS OF JUSTICE AND FOR NO OTHER REASON.

RESPECTFULLY SUBMITTED,

*Whitney Brown  2/6/07*

WHITNEY BROWN, FILING PRO/SE
INMATE NO. 42655-080
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1010
BASTROP, TEXAS 78602-1010

CERTIFICATE OF SERVICE
-----------------------------

I, HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING PLAINTIFF'S REPLY MEMORANDUM, HAS BEEN FORWARDED BY UNITED STATES MAIL, POSTAGE PRE-PAID, FIRST CLASS, CERTIFIED RECEIPT, TO THE FOLLOWING PERSONS OF INTEREST, ON THIS 6TH. DAY OF FEBRUARY, 2007.

>MR. OLIVER W. McDANIEL, D.C. BAR NO. 377-360
>ASSISTANT UNITED STATES ATTORNEY
>CIVIL DIVISION
>555 FOURTH STREET, N.W.
>WASHINGTON, D.C. 20530
>(202) 616-0739

RESPECTFULLY SUBMITTED,

*Whitney Brown 2/6/07*

WHITNEY BROWN, FILING PRO/SE
ON THIS 26TH. DAY OF FEBRUARY, 2007
INMATE NO. 42655-080
P.O. BOX 1010
BASTROP, TEXAS 78602-1010