UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITNEY BROWN,  )  )        Plaintiff   )  v.                                             )          Civil Action No. 06-1606 (GK)  )  )  BUREAU OF PRISONS,      )  )  )        Defendant.    )  _____ ) | |

**ORDER**

Upon consideration of Defendant's Motion to Strike Plaintiff's Sur-reply, Memorandum of Points and Authorities in Support Thereof, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion to Strike Plaintiff's Sur-reply is GRANTED, and it is

FURTHER ORDERED that Plaintiff's Sur-reply is stricken from the record.

Dated this _____ day of _____ , 2007.

                                                                                      _____
                                                                                      United States District Judge

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Whitney Brown
#42655-080
F.C.I. - BASTROP
P.O. Box 1010
Bastrop, TX 78602