**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
WHITNEY BROWN,                   :
                                 :
          Plaintiff,             :
                                 :
     v.                          :    Civil Action No. 06-1606 (GK)
                                 :
BUREAU OF PRISONS,               :
                                 :
          Defendant.             :
```

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's motion to dismiss [Dkt. #10] is **GRANTED**. Its motion to strike Plaintiff's surreply [Dkt. #15] is **DENIED**. It is further

ORDERED that this civil action is **DISMISSED**.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

```
                              /s/
                              GLADYS KESSLER
                              United States District Judge
August 6, 2007
```